# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KUGLER, ROBERT B. | United States District Court - District of New Jersey | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

Mitchell Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trustee #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | 2/23/18 - 2/25/18 | Manhasset, New York | International Human Rights | Lodging; Meals |
| 2. | Aspen Institute | 7/20/18 - 7/22/18 | Queenstown, Maryland | Education | Lodging; Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin Templeton Mutual Qualified Fund | B | Dividend | K | T | | | | | |
| 3. Trust (Income Beneficiary) | B | Dividend | M | T | | | | | |
| 4. Partnership, Coins | | None | K | T | | | | | |
| 5. TD Bank | A | Interest | J | T | | | | | |
| 6. AIG Sun America | A | Interest | J | T | | | | | |
| 7. Trust (Trustee) - #8 - #114 are assets of the Trust | | | | | | | | | |
| 8. - Wells Fargo | A | Interest | K | T | | | | | |
| 9. - Vanguard Bond Fund | C | Dividend | L | T | | | | | |
| 10. - Vanguard Dividend Growth | C | Dividend | L | T | | | | | |
| 11. - Vanguard NJ Tax Exempt | A | Dividend | K | T | | | | | |
| 12. - Vanguard 500 Index | D | Dividend | L | T | | | | | |
| 13. - Kroger Co. | A | Dividend | J | T | Buy | 01/04/18 | | | |
| 14. -Transcanada Corp. | A | Dividend | J | T | Buy | 01/11/18 | | | |
| 15. - Sand Ridge Energy Inc. | A | Dividend | | | Buy | 02/01/18 | | | |
| 16. - Sand Ridge Energy Inc. | | | | | Sold | 12/31/18 | J | A | |
| 17. - Corecivic Inc. | A | Dividend | | | Buy | 03/29/18 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Corecivic Inc. | | | | | Sold | 09/07/18 | J | A | |
| 19.   - Dominion Energy Inc. | A | Dividend | J | T | Buy | 04/09/18 | | | |
| 20.   -ACNB Corp. | A | Dividend | | | Buy | 04/10/18 | | | |
| 21.   - ACNB Corp. | | | | | Sold | 12/17/18 | J | A | |
| 22.   - Centerpoint Energy | A | Dividend | J | T | Buy | 04/11/18 | | | |
| 23.   - Dawson Geophysical | A | Dividend | | | Buy | 04/18/18 | | | |
| 24.   -Dawson Geophysical | | | | | Sold | 07/18/18 | J | A | |
| 25.   - Exxon Mobil | A | Dividend | | | Buy | 05/04/18 | | | |
| 26.   - Exxon Mobil | | | | | Sold | 11/28/18 | J | A | |
| 27.   - Rosehill Resources | A | Dividend | | | Buy | 05/11/18 | | | |
| 28.   - Rosehill Resources | | | | | Sold | 11/18/18 | J | A | |
| 29.   - Noble Midstream Partners | A | Dividend | | | Buy | 06/26/18 | | | |
| 30.   -Noble Midstream Partners | | | | | Sold | 07/27/18 | J | A | |
| 31.   - Seven Generations Energy | A | Dividend | | | Buy | 06/26/18 | | | |
| 32.   - Seven Generations Energy | | | | | Sold | 11/16/18 | J | A | |
| 33.   - Iron Mountain U.S. Holdings | A | Dividend | | | Buy | 06/27/18 | | | |
| 34.   - Iron Mountain U.S. Holdings | | | | | Sold | 07/27/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Delek Logistics | A | Dividend | | | Buy | 06/28/18 | | | |
| 36. - Delek Logistics | | | | | Sold | 09/17/18 | J | A | |
| 37. - Freehold Royalties | A | Dividend | J | T | Buy | 07/03/18 | | | |
| 38. - LCNB Corp. | A | Dividend | J | T | Buy | 07/12/18 | | | |
| 39. - Hess Midstream | A | Dividend | J | T | Buy | 07/19/18 | | | |
| 40. - EQT Midstream Partners | A | Dividend | | | Buy | 07/26/18 | | | |
| 41. - EQT Midstream Partners | | | | | Sold | 08/28/18 | J | A | |
| 42. - Customers Bancorp | A | Dividend | | | Buy | 07/30/18 | | | |
| 43. - Customers Bancorp | | | | | Sold | 12/31/18 | J | A | |
| 44. - Apache Corp. | A | Dividend | | | Buy | 08/09/18 | | | |
| 45. - Apache Corp. | | | | | Sold | 12/17/18 | J | A | |
| 46. - Noble Midstream Partners | A | Dividend | | | Buy | 08/10/18 | | | |
| 47. - Noble Midstream Partners | | | | | Sold | 08/28/18 | J | A | |
| 48. - Bayer Ag ADR | A | Dividend | | | Buy | 08/13/18 | | | |
| 49. - Bayer Ag ADR | | | | | Sold | 12/18/18 | J | A | |
| 50. - Southern Co. | A | Dividend | J | T | Buy | 08/27/18 | | | |
| 51. - Bar Harbor Bankshare | A | Dividend | J | T | Buy | 09/28/18 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Rosehill Resources | A | Dividend | | | Buy | 05/11/18 | | | |
| 53.   - Rosehill Resources | | | | | Sold | 07/16/18 | J | A | |
| 54.   - Cpi Aero Structures | A | Dividend | | | Buy | 10/19/18 | | | |
| 55.   - Cpi Aero Structures | | | | | Sold | 05/22/18 | J | A | |
| 56.   - Alliamce Resources | A | Dividend | J | T | Buy | 10/30/18 | | | |
| 57.   - General Mills | A | Dividend | J | T | Buy | 11/02/18 | | | |
| 58.   - Sanofi SA ADR | A | Dividend | | | Buy | 11/02/18 | | | |
| 59.   - Sanofi SA ADR | | | | | Sold | 12/21/18 | J | A | |
| 60.   - Sempra Energy | A | Dividend | J | T | Buy | 11/20/18 | | | |
| 61.   - Foster LB Co. | A | Dividend | J | T | Buy | 12/03/18 | | | |
| 62.   - Sterling Construction | A | Dividend | J | T | Buy | 12/13/18 | | | |
| 63.   - Sterling Construction | | | | | Sold | 12/21/18 | J | A | |
| 64.   - SJI Inc. | A | Dividend | J | T | Buy | 12/28/18 | | | |
| 65.   - Vectrus Inc. | A | Dividend | | | Buy | 03/05/18 | | | |
| 66.   - Vectrus Inc. | | | | | Sold | 11/17/18 | J | A | |
| 67.   - PPL Corp. | A | Dividend | | | Buy | 05/25/18 | | | |
| 68.   - PPL Corp. | | | | | Sold | 05/28/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Andeavor Logistics | A | Dividend | | | Sold | 12/18/18 | J | A | |
| 70.   - Allscripts Healthcare Solutions | A | Dividend | | | Sold | 07/18/18 | J | A | |
| 71.   - Biogen Inc. | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 72.   - Genesis Energy Ltd. | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 73.   - Computer Programs and Systems | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 74.   - Ciner Resources | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 75.   - Helix Energy Solutions | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 76.   - General Electric | A | Dividend | | | Sold | 11/28/18 | J | A | |
| 77.   - National Fuel Gas Co. | A | Dividend | | | Sold | 11/28/18 | J | B | |
| 78.   - Gran Tierra Energy | A | Dividend | | | Sold | 07/18/18 | J | A | |
| 79.   - VSE Corp. | A | Dividend | | | Sold | 07/18/18 | J | A | |
| 80.   - Hardings Inc. | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 81.   - Holly Frontier Corp. | A | Dividend | | | Sold | 03/05/18 | J | B | |
| 82.   - Lannett Inc. | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 83.   - Vodaphone Group PLC ADR | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 84.   - Lilly & Co. | A | Dividend | | | Sold | 07/06/18 | J | B | |
| 85.   - Manitix International Inc. | A | Dividend | | | Sold | 07/16/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - New Home Co., Inc. | A | Dividend | | | Sold | 03/20/18 | J | A | |
| 87. - Northwest Natural Gas Co. | A | Dividend | | | Sold | 09/28/18 | J | B | |
| 88. - Otter Tail Corp. | A | Dividend | | | Sold | 01/10/18 | J | A | |
| 89. - WEC Energy Group | A | Dividend | | | Sold | 01/10/18 | J | B | |
| 90. - PBF Logistics | A | Dividend | | | Sold | 03/15/18 | J | B | |
| 91. - Shire PLC ADR | A | Dividend | | | Sold | 08/02/18 | J | A | |
| 92. - Spire Inc. | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 93. - Sibanye Gold | A | Dividend | | | Sold | 07/10/18 | J | A | |
| 94. - WGL Holdings | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 95. - Pfizer Inc. | A | Dividend | J | T | | | | | |
| 96. - Vistra Energy Corp. | A | Dividend | J | T | | | | | |
| 97. - Martin Midstream Partners | A | Dividend | | | Sold | 11/17/18 | J | A | |
| 98. - Amgen Corp. | A | Dividend | J | T | | | | | |
| 99. - Sucampo Pharm | A | Dividend | J | T | | | | | |
| 100. - Federated Invs. Inc. | A | Dividend | J | T | | | | | |
| 101. - Crestwood Equity Partners | A | Dividend | J | T | | | | | |
| 102. - Medical Properties Trust | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Katahdin Bankshares | A | Dividend | J | T | | | | | |
| 104. - Occidental Petroleum Corp. | A | Dividend | J | T | | | | | |
| 105. - Pembina Pipeline Corp. | A | Dividend | J | T | | | | | |
| 106. - Pinnacle Bancshares | A | Dividend | J | T | | | | | |
| 107. - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 108. - Spartan Nash Co. | A | Dividend | J | T | | | | | |
| 109. - One Liberty Properties | A | Dividend | J | T | | | | | |
| 110. - Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 111. - Codorus Valley Bancorp | A | Dividend | J | T | | | | | |
| 112. - Commercial National Financial Corp. | A | Dividend | J | T | | | | | |
| 113. - Croghan Bancshares | A | Dividend | J | T | | | | | |
| 114. - Laclede Group Inc. | A | Dividend | J | T | | | | | |
| 115. Mortgage NJ Property | A | Interest | N | T | | | | | |
| 116. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 117. TD Bank | A | Interest | J | T | | | | | |
| 118. T Rowe Price Alaska 529 (no control) | C | Dividend | M | T | | | | | |
| 119. Pioneer Stock Fund | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CPI Aerostructures | A | Dividend | | | Sold | 03/28/18 | J | B | |
| 121. Evolution Petroleum | A | Dividend | | | Sold | 06/15/18 | J | A | |
| 122. Foster LB Co. | A | Dividend | | | Buy | 12/03/18 | | | |
| 123. Foster LB Co. | | | | | Sold | 12/19/18 | J | A | |
| 124. Freehold Royalties | A | Dividend | | | Buy | 07/06/18 | | | |
| 125. Freehold Royalties | | | | | Sold | 12/20/18 | J | A | |
| 126. Proshares Ultra Short | A | Dividend | | | Buy | 01/25/18 | | | |
| 127. Proshares Ultra Short | | | | | Sold | 12/19/18 | J | A | |
| 128. Protective Insurance | A | Dividend | | | Buy | 01/13/18 | | | |
| 129. Protective Insurance | | | | | Sold | 11/12/18 | J | A | |
| 130. Rosehill Resources | A | Dividend | | | Buy | 05/11/18 | | | |
| 131. Rosehill Resources | | | | | Sold | 07/16/18 | J | A | |
| 132. Schlumberger Ltd. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 133. Seven Generations Energy | A | Dividend | | | Buy | 06/26/18 | | | |
| 134. Seven Generations Energy | | | | | Sold | 12/19/18 | J | A | |
| 135. Sterling Construction | A | Dividend | | | Sold | 07/18/18 | J | A | |
| 136. Vectras Inc. | A | Dividend | | | Buy | 04/09/18 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vectras Inc. | | | | | Sold | 11/07/18 | J | A | |
| 138. Williams Companies | A | Dividend | | | Buy | 11/05/18 | | | |
| 139. Williams Companies | | | | | Sold | 12/20/18 | J | A | |
| 140. Delek Logistics | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 141. EQM Midstream Partnership | A | Dividend | | | Buy | 07/27/18 | | | |
| 142. EQM Midstream Partnership | | | | | Sold | 08/29/18 | J | A | |
| 143. Hess Midstream Parners | A | Dividend | | | Buy | 07/19/18 | | | |
| 144. Hess Midstream Partners | | | | | Sold | 12/20/18 | J | A | |
| 145. Noble Midstream Partners | A | Dividend | | | Buy | 08/10/18 | | | |
| 146. Noble Midstream Partners | | | | | Sold | 08/28/18 | J | A | |
| 147. Phillips 66 Partners LP | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 148. Sibanye | A | Dividend | | | Sold | 05/07/18 | J | A | |
| 149. Valero Energy | A | Dividend | | | Buy | 08/24/18 | | | |
| 150. Valero Energy | | | | | Sold | 10/19/18 | J | A | |
| 151. Computer Programs & Systems | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 152. Gran Tierra Energy | A | Dividend | | | Sold | 03/28/18 | J | A | |
| 153. Helix Energy | A | Dividend | | | Sold | 12/17/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Lilly & Co. | A | Dividend | | | Sold | 07/16/18 | J | B | |
| 155. Manitex International | A | Dividend | | | Sold | 03/28/18 | J | B | |
| 156. National Fuel Gas Co. | A | Dividend | | | Sold | 11/28/18 | J | A | |
| 157. VSE Corp. | A | Dividend | | | Sold | 01/22/18 | J | B | |
| 158. Blue Night Energy | A | Dividend | | | Buy | 01/29/18 | | | |
| 159. Blue Night Energy | | | | | Sold | 07/18/18 | J | A | |
| 160. One Liberty Properties | A | Dividend | J | T | | | | | |
| 161. Katahdin Bankshares Corp. | A | Dividend | J | T | | | | | |
| 162. Croghan Bankshares | A | Dividend | J | T | | | | | |
| 163. Exelon Corp. | A | Dividend | J | T | | | | | |
| 164. Sturgis Bancorp | A | Dividend | J | T | | | | | |
| 165. Blue Cap Reinsurance | A | Dividend | | | Buy | 04/05/18 | | | |
| 166. Blue Cap Reinsurance | | | | | Sold | 12/17/18 | J | A | |
| 167. Foster L B Co. | A | Dividend | | | Buy | 12/03/18 | | | |
| 168. Foster L B Co. | | | | | Sold | 12/19/18 | J | A | |
| 169. Pembina Pipeline | A | Dividend | J | T | | | | | |
| 170. Baldwin & Lyons | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Riverview Financial | A | Dividend | J | T | | | | | |
| 172. Richardson Electric | A | Dividend | J | T | | | | | |
| 173. Commercial National Fuel | A | Dividend | J | T | | | | | |
| 174. Winthrop Realty Trust | A | Dividend | J | T | | | | | |
| 175. Real Estate (Collier County, FL) Parcel One | | None | | | | | | | |
| 176. Real Estate (Atlantic County, NJ) Parcel One | D | Rent | O | T | | | | | |
| 177. Real Estate (Camden County, NJ) Parcel One | | None | | | Sold | 07/13/18 | O | G | |
| 178. Real Estate (Camden County, NJ) Parcel 2 | D | Rent | M | S | | | | | |
| 179. Real Estate (Camden County, NJ) Parcel 3 | E | Rent | O | S | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KUGLER, ROBERT B.** | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. As to Part VI, Liabilities, the loan from Trust #1 was repaid in full in April, 2018, and the loan from family member #1 was repaid in full in July, 2018.

2. As to Part VII, Paragraph 4, the partnership is with a family member and is invested in gold coins.

3. The Assessment in Part VII, Paragraphs 175 - 179, are as follows:

Collier County Parcel 1: $552,576
Atlantic County Parcel 1: $548,000
Camden County Parcel 2: $189,700
Camden County Parcel 3: $587,800

Camden County Parcel 1 from previous statement was sold in July, 2018.

Atlantic County Parcel 2 was sold in October, 2017.

4. Part VII, Paragraph 115 is a purchase money mortgage given to The Trust to secure a loan made by The Trust to a family member. This Trust will be dissolved in 2019 and this loan will be paid in full to the Trust.

5. Part VII, paragraphs 116, 118, 119, 176, and 178, are owned entirely by spouse.

6. The Trust referred to in Part VII, paragraph 3, was dissolved in February, 2018, and the assets distributed in accordance with its terms. I had no power to buy, sell, direct or otherwise invest its assets.

7. As to Part VII, Line 115, the mortgage is held by the Trust (See I) and owned by a family member.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544